IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **CHRISTOPHER THOMAS,** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: GJH-17-1739 |
| **STATE OF MARYLAND,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. Plaintiff's Motion for Extension of Time to Answer or Respond, ECF No. 92, is **GRANTED**; and

2. Plaintiff **SHALL** file a Response within **14 DAYS** of the issuance of this Order.

Dated: December 10, 2020

GEORGE J. HAZEL
United States District Judge